Kareemah BELL–BOSTON, Appellant

v.

Natosha DORCEY, Harriet Tubman Woman's 12 Hour Low Barier Shelter, Appellee.

No. 08–7088.

United States Court of Appeals, District of Columbia Circuit.

Oct. 29, 2008.

Kareemah Bell–Boston, Washington, DC, pro se.

BEFORE: SENTELLE, Chief Judge, and RANDOLPH and ROGERS, Circuit Judges.

## JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed August 6, 2008, 2008 WL 3200714, be affirmed. The district court correctly dismissed appellant's complaint for lack of subject matter jurisdiction because it is not a civil action arising under federal law, *see* 28 U.S.C. § 1331, or between citizens of different states with an amount in controversy of more than $75,000, *see* 28 U.S.C. § 1332. Nor does the complaint allege any other basis for the district court's jurisdiction. In short, the federal district court properly dismissed the complaint that appellant was assaulted at the Harriet Tubman Woman's Shelter; the court lacked the authority to consider such a complaint.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.